UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL & MISTY MONICO  )<br>)<br>Plaintiffs  )<br>)<br>vs.  )<br>)<br>CONSUMER RECOVERY ASSOCIATES,  )<br>LLC  )<br>)<br>Defendant  )<br>) | Case Number: 1:11-cv-01390-TPG |

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs, MIGUEL & MISTY MONICO pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA  19046
215-745-9800